

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-20-00028-CV

**181 SOUTH HOMES INC.** and Ricardo Canales,
Appellants

v.

Henry **GARIBAY,** Individually, and d/b/a Hengar Unlimited,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI07741
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Cross-appellant Henry Garibay's motion for extension of time to file his cross-appellant's brief is granted.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court